NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5111

L-3 COMMUNICATIONS EOTECH, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

AIMPOINT, INC.,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 08-CV-515,
Judge Lynn J. Bush

ON MOTION

## O R D E R

Upon consideration of L-3 Communications EOTech, Inc.'s motion for leave to file a supplemental joint appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY - 7 2009**

_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  W. Jay Devecchio, Esq.
Lawrence P. Block, Esq.
Roger A. Hipp, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 7 2009

JAN HORBALY
CLERK